# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CHASE BLISS COLASURDO,

    Defendant.

Case No. MJ19-190 MLP

DETENTION ORDER

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention set forth below, finds that no condition or combination of conditions will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

### FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1. Upon advice of counsel, defendant declined to be interviewed by Pretrial Services. Therefore, there is limited information available about him.

2. Defendant has stipulated to detention.

DETENTION ORDER - 1

IT IS THEREFORE ORDERED:

1. Defendant shall be detained pending trial, and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;

3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States marshal for the purpose of an appearance in connection with a court proceeding; and

4. The Clerk shall direct copies of this order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Probation Services Officer.

Dated this 6th day of May, 2019.

*[signature]*

MICHELLE L. PETERSON
United States Magistrate Judge

DETENTION ORDER - 2